# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**780**
**CA 13-01791**
PRESENT: SMITH, J.P., FAHEY, PERADOTTO, SCONIERS, AND VALENTINO, JJ.
_____

APRIL M. WILLIAMS, PLAINTIFF-RESPONDENT,

V                                                MEMORANDUM AND ORDER

CHARLES A. FASSINGER, DEFENDANT,
AND CITY OF SYRACUSE, DEFENDANT-APPELLANT.
(APPEAL NO. 2.)
_____

MARY ANNE DOHERTY, CORPORATION COUNSEL, SYRACUSE (ANN M. ALEXANDER OF
COUNSEL), FOR DEFENDANT-APPELLANT.

GREENE & REID, PLLC, SYRACUSE (EUGENE W. LANE OF COUNSEL), FOR
PLAINTIFF-RESPONDENT.
-------------------------------------------------------------------

     Appeal from an order of the Supreme Court, Onondaga County (Hugh
A. Gilbert, J.), dated July 15, 2013.  The order, among other things,
denied the cross motion of defendant City of Syracuse for leave to
reargue.

     It is hereby ORDERED that said appeal is unanimously dismissed
without costs.

     Same Memorandum as in *Williams v Fassinger* ([appeal No. 1] ___
AD3d ___ [July 3, 2014]).

Entered:  July 3, 2014                         Frances E. Cafarell
                                               Clerk of the Court